## ATTACHMENT A

Plaintiffs have filed motions for Temporary Restraining Order/Preliminary Injunction, which motions are appended to the suit papers.