```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

BPB,LLC, ET AL,            )
    Plaintiffs     )
                   )
    v.             ) CIVIL ACTION NO. 04-30021-MAP
                   )
JOSEPH J. MILLER,          )
    Defendant      )

## SCHEDULING ORDER

February 24, 2004

PONSOR, D.J.

Counsel appeared before this court for argument on plaintiff's Motion for Temporary Restraining Order on February 20, 2004. At that time the court allowed the motion and conducted a pretrial scheduling conference. Based on counsel's representations, the court orders as follows:

    1. Plaintiffs' form temporary restraining order will be filed no later than February 27, 2004.

    2. All paper discovery will be served by the parties on or before April 30, 2004.

    3. All depositions will be completed by May 31, 2004.

    4. Counsel will appear again before this court for a final pretrial conference on June 11, 2004 at 2:30 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

    It is So Ordered.

                                              /s/ Michael A. Ponsor

```
                    MICHAEL A. PONSOR
                    United States District Judge
```