AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

PLAINTIFF
BPB, LLC and Homebase Properties, LLC

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Joseph J. Miller

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 04-30021-MAP

V. THIRD PARTY DEFENDANT
RE/MAX Integrity Realtors, Inc.

To: Name and address of Third Party Defendant

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| David R. Cianflone, Esq.<br>59 Bartlett Avenue<br>Pittsfield, MA 01201 | Douglas J. Rose, Esq.<br>1330 Mass MoCA Way<br>North Adams, MA 01247 |

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 4/2/04

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action