UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| BPB, LLC and HOMEBASE PROPERTIES, LLC d/b/a "Munchies",<br>Plaintiffs | )<br>)<br>)<br>) | |
| v. | )<br>) | |
| JOSEPH J. MILLER,<br>Defendant | )<br>)<br>) | Docket No. 04-30021-MAP |
| v. | )<br>)<br>) | |
| RE/MAX INTEGRITY REALTORS, INC.,<br>Third-Party Defendant | )<br>)<br>) | |

## CERTIFICATE OF SERVICE

I, Douglas J. Rose, Esq., do hereby certify that I caused a true copy of the within Motion to Compel Mediation and To Stay Proceedings Pending Mediation, to be delivered by first class U. S. mail, postage prepaid, this 26th day of May, 2004 to:

David R. Cianflone, Esq.
59 Bartlett Avenue
Pittsfield, MA 01201

Michael D. Hashim, Jr., Esq.
Kenneth P. Ferris, Esq.
82 Wendell Avenue
Pittsfield, MA 01201

Douglas J. Rose, Esq.

DJR:klk