UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| BPB, LLC and HOMEBASE PROPERTIES, LLC d/b/a "Munchies", <br> Plaintiffs | ) ) ) ) | |
| v. | ) ) | |
| JOSEPH J. MILLER, <br> Defendant | ) ) ) | Docket No. 04-30021-MAP |
| v. | ) ) | |
| RE/MAX INTEGRITY REALTORS, INC., <br> Third-Party Defendant | ) ) ) ) | |

## CERTIFICATE PURSUANT TO L. R. D. MASS. 7.1(a)(2)

I, Douglas J. Rose, Esq., do hereby certify that I have conferred with opposing counsel and have attempted in good faith to resolve the issue of mediation that forms the subject matter of the instant motion.

Douglas J. Rose, Esq.

DJR:klk