UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


BPB,LLC

      V.                              CA    04-30021-MAP

JOSEPH J. MILLER

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) days to reopen the action if settlement is not consummated by the parties.


DATED: June 8, 2004


                            TONY ANASTAS
                            CLERK


                BY:   /s/Elizabeth A. French
                      Elizabeth A. French
                      Deputy Clerk