UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



BPB, LLC and HOMEBASE
PROPERTIES, LLC d/b/a Munchies',
    Plaintiffs,

v.

JOSEPH J. MILLER,             DOCKET NO. 04-30021-MAP
    Defendant.

v.

RE/MAX Integrity Realtors, Inc.,
    Third Party Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-entitled action and, pursuant to the provisions of Mass. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that said action, including cross-claims, counterclaims, and third party claims be dismissed with prejudice.

Dated this 30th day of September, 2004.

BPB, LLC and HOMEBASE             JOSEPH J. MILLER,
PROPERTIES, LLC d/b/a Munchies'

Plaintiff                                     Defendant

DAVID R. CIANFLONE, Esquire        STEPHEN N. PAGNOTTA, Esquire
BBO #542152                            BBO #387390
Cianflone & Cianflone, P.C.              Donovan & O'Connor, LLP
59 Bartlett Avenue                           1330 Mass MoCA Way
Pittsfield, MA 01201                      North Adams, MA 01247
(413) 447-7366                              (413) 663-3200

                                               RE/MAX Integrity Realtors, Inc.

                                               Third Party Defendant

                                               KENNETH P. FERRIS, Esquire
                                               BBO #556627
                                               Hashim & Spinola
                                               82 Wendell Avenue
                                               Pittsfield, MA 01201
                                               (413) 499-1304